**Order entered April 11, 2019**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-18-01083-CV

**MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants**

**V.**

**RED OAK 86, LP. AND CHARLES JOHNSON, Appellees**

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

---

## ORDER

The reporter's record in this appeal was first due October 27, 2018 and to date, has not been filed. Four orders have issued, one of which even cautioned the court reporter, Vielica Dobbins, that she might not sit as a reporter if she did not file the record as directed. The last order extended the deadline for filing the record to April 5, 2019, based on Ms. Dobbins's representation that she could file the record no later than that date as she was "almost done but need[ed] to send exhibits off and make final payment arrangements."

Ms. Dobbins has not communicated with the Court to explain why the record was not filed by the very date she requested, and the appeal will not be delayed further. Accordingly, we **ORDER** Ms. Dobbins to file the record **no later than Monday, April 15, at 5:00 p.m**. *We*

*caution Ms. Dobbins that failure to comply or reasonably explain any further delay will result in an order that she not sit as a reporter until the reporter's record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court; the Honorable Bridgett N. Whitmore, Presiding Judge of the 193rd Judicial District Court, the court for which Ms. Dobbins is now the official reporter; Tina Thompson, Official Court Reporter for the 134th Judicial District Court; Ms. Dobbins; and, the parties.

/s/    KEN MOLBERG
          JUSTICE